UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| KURT V. LAPID,<br><br>Plaintiff,<br><br>v.<br><br>JAQUAN SCOTT,<br><br>Defendant. | Case No.: 19-CV-576-WVG<br><br>**THIRD AMENDED SCHEDULING ORDER REGULATING PRE-TRIAL PROCEEDINGS** |
|---|---|

**IT IS HEREBY ORDERED:**

1.  All pre-trial motions, other than motions to amend or join parties, or motions *in limine*, shall be filed on or before **August 3, 2020**. As previously set in Doc. No. 523, all *Daubert* motions shall be filed on or before **August 3, 2020**. Counsel for the moving party shall set the motion date on the date that is 35 days from the date the motion is filed.

Pursuant to Local Rule 7.1.f.3.c, **if an opposing party fails to file opposition papers in the time and manner required by Local Rule 7.1.e.2, that failure may constitute a consent to the granting of a motion or other request for ruling by the Court.** Accordingly, all parties are ordered to abide by the terms of Local Rule 7.1.e.2 or otherwise face the prospect of any pretrial motion being granted as an unopposed motion pursuant to Local Rule 7.1.f.3.c.

2. The parties must comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) no later than **October 16, 2020**.  **Please be advised that failure to comply with this section or any other discovery order of the Court may result in the sanctions provided for in Fed. R. Civ. P. 37, including a prohibition on the introduction of experts or other designated matters in evidence.**

3. Counsel shall file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) by **October 16, 2020**.

4. Counsel shall confer and take the action required by Local Rule 16.1.f.4.a on or before **October 23, 2020**. The parties shall meet and confer and prepare a proposed pretrial order containing the following:

> 1. A joint neutral statement to be read to the jury, not in excess of one page, of the nature of the case and the claims and defenses.
> 2. A list of the causes of action to be tried, referenced to the Complaint. For each cause of action, the order shall succinctly list the elements of the claim, damages and any defenses. A cause of action in the Complaint which is not listed shall be dismissed with prejudice.
> 3(a). A list of each witness counsel actually expect to call at trial with a brief statement, not exceeding four sentences, of the substance of the witnesses' testimony.
> 3(b). A list of each expert witness counsel actually expect to call at trial with a brief statement, not exceeding four sentences, of the substance of the witnesses' testimony.
> 3(c). A list of additional witnesses, including experts, counsel do not expect to call at this time but reserve the right to call at trial along with a brief statement, not exceeding four sentences, of the substance of the witnesses' testimony.
> 4(a). A list of all exhibits that counsel actually expect to offer at trial with a one-sentence description of the exhibit. All exhibits are to be identified numerically, plaintiff starting with "1" and defendant beginning with an agreed upon alphabetical designation.
> 4(b). A list of all other exhibits that counsel do not expect to offer at this time but reserve the right to offer if necessary at trial with a one-sentence description of the exhibit.
> 5. A statement of all facts to which the parties stipulate. This statement shall be on a separate page and will be read to and provided to the jury.
> 6. A list of all deposition transcripts by page and line, or videotape

depositions by section, that will be offered at trial.

7. Counsel will note any objections they have to any other parties' Fed. R. Civ. P. 26(a)(3) Pretrial Disclosures.

5. Counsel for the Plaintiff(s) must provide opposing counsel with the proposed pretrial order for review and approval and take any other action required by Local Rule 16.1.f.6.a on or before **October 30, 2020**.  Opposing counsel must communicate promptly with plaintiff's attorney concerning any objections to form or content of the pretrial order, and both parties shall attempt promptly to resolve their differences, if any, concerning the order.

6. The proposed pretrial order shall be lodged with the Court's chambers on or before **November 6, 2020**, and shall be in the form prescribed in Local Rule 16.1.f.6.

7. The final Pretrial Conference is scheduled on the calendar of the **Honorable William V. Gallo** for **November 13, 2020** at **2:30 p.m.**

8. All motions *in limine* are due no later than **November 27, 2020**. All responses to the motions *in limine* are due no later than **December 11, 2020**.

- a. Each side is allowed a maximum of five (5) motions *in limine*. Each motion must be limited to a single subject. Each motion and each opposition are limited to five (5) pages in length. Attachments are also limited to a maximum of five (5) pages for any motion or opposition.
- b. Prior to filing motions *in limine*, counsel must meet and confer and discuss their intended motions, in an attempt to resolve issues without court intervention, as appropriate.
- c. Counsel must confirm their good faith attempt to resolve the issues through the meet and confer process in their motion papers.
- d. Motions *in limine* must be limited in scope to evidentiary issues where attempts to "unring the bell" would be unduly prejudicial or futile. Motions for judgment on the pleadings, summary judgment or summary adjudication, Daubert, leave to amend or bifurcation are not proper *in limine* motions.

9. The parties shall submit the following no later than **December 11, 2020**: (1) joint proposed jury instructions; (2) proposed verdict form; (3) *voir dire* questions; and (4) statement of the case.

10. The parties shall exchange final exhibit and witness lists no later than **January 19, 2021**.

11. A hearing for motions *in limine* is scheduled for Monday. **January 19, 2021** at **9:00 am**.

12. The trial in this matter shall commence on Monday, **January 25, 2021** at **8:45 a.m.**

13. The dates and times set forth herein will not be modified except for good cause shown.

**IT IS SO ORDERED.**

DATED: July 30, 2020

Hon. William V. Gallo
United States Magistrate Judge